**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:13-cr-015 |
| Joey Matthew Short, | ) | |
| | ) | |
| Defendant. | ) | |

As defendant is in federal custody in Case No. 4:12-cr-185, the court quashes the warrant issued in this case on February 4, 2013. The court further directs the Clerk's office to unseal this case.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge